MELINDA HAAG (SBN 132612)
United States Attorney
ALEX G. TSE (SBN 152348)
Chief, Civil Division
STEVEN J. SALTIEL (SBN 202292)
RAVEN M. NORRIS (SBN 232868)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6970
Facsimile: (415) 436-6748
Steven.Saltiel@usdoj.gov
Raven.Norris@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BAO Q. TRINH,<br><br>　　　　　Defendant. | Case No.: CR 95-20070 RMW<br><br>~~(PROPOSED)~~ **ORDER REMITTING FINE** |

　　　Upon petition of the United States of America, and for good cause shown,

　　　IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the provisions of 18 U.S.C. § 3573, the unpaid portion of the fine imposed against the defendant in the amount of $775.00, accrued interest in the amount of $0.00, and penalties in the amount of $0.00 are hereby remitted.

Dated: _____　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Ronald M. Whyte
　　　　　　　　　　　　　　　　　　　　　　United States District Judge